660

SOUTH SIDE MALLEABLE CASTING COMPANY and others, Respondents, vs. INDUSTRIAL COMMISSION and others, Defendants: CHROSTOWSKI, Appellant.

For the appellant: *L. A. Tarrell* of Milwaukee.

For the respondents South Side Malleable Casting Company and Travelers Insurance Company: *Olin & Butler* of Madison.

For the respondent Zurich General Accident & Liability Insurance Company, Ltd.: *Peter Molgaard* of Milwaukee.

For the defendant Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the defendant Globe Indemnity Company: *Timothy Brown* of Madison.

*By the Court.*—Judgment affirmed.

ELA and others, Copartners, Respondents, vs. FITZGERALD, Appellant.

For the appellant: *M. J. Fitzgerald* of Madison.
For the respondents: *John H. Esch* of Madison.
*By the Court.*—Judgment affirmed.

LEWIS and wife, Respondents, vs. BLOCK and another, Appellants.

For the appellants: *Chadek & Cornelisen* of Green Bay.
For the respondents: *O'Melia & Kaye* of Rhinelander.
*By the Court.*—Judgment affirmed.